DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEROY HARRIS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2743

[April 3, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 502018CF001232A.

Antony P. Ryan, Director, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Nelfrard v. State*, 34 So. 3d 221 (Fla. 4th DCA 2010).

WARNER, GROSS and FORST, JJ. concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***